NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ODORSTAR TECHNOLOGY LLC, AND KINPAK,**
*Plaintiffs-Appellants,*

**v.**

**SMM DISTRIBUTORS LLC, AND SMM MANUFACTURING, INC.,**
*Defendants-Appellees.*

---

2014-1417

---

Appeal from the United States District Court for the Southern District of Florida in No. 0:13-cv-60136-DMM, Judge Donald M. Middlebrooks.

---

**JUDGMENT**

---

PATRICK J. COYNE, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of New York, New York, argued for plaintiff-appellants.

EDWARD A. PENNINGTON, Smith, Gambrell & Russell, LLP, of Washington, DC, argued for defendants-appellees. With him on the brief were JOHN P. MOY and SEAN T.C. PHELAN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| January 8, 2015 | /s/  Daniel  E.  O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |